UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| GARRETT G. HOLLMAN, ) | Case No. 09-13376-BFK |
| ) | Chapter 7 |
| Debtor. ) | |

# TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE ASSET TO DALE WEED

Klinette H. Kindred, Chapter 7 Trustee, ("Trustee"), by and through undersigned counsel, pursuant to 11 U.S.C. Sec. 363(b) and F.R. Bankr.P.6004, moves this Court for an Order approving the Trustee's sale of Estate Assets to Dale Weed, as follows:

1. This case was originally filed as a Chapter 11 case, and was converted to one under Chapter 7 on September 1, 2010.

2. Klinette H. Kindred is the duly qualified and acting Chapter 7 Trustee, having been appointed by Order of this Court on October 12, 2010.

3. Madeline A. Trainor was appointed as counsel for the Trustee by Order of this Court on February 3, 2011.

4. The Debtor, Garrett Hollman listed an asset on his bankruptcy schedules which was described as a Promissory note executed by 1941, LLC in favor of the Debtor, Garrett Hollman in the amount of $486,200.00.

5. The outstanding unpaid balance of the note was due no later than June 7, 2011.

6. The Chapter 7 Trustee has succeeded by operation of law as owner of the Debtor's non-exempt assets, including this described asset.

7. The original of the 1941, LLC Note has been misplaced or lost.

8. Dale Weed has offered to pay to Klinette H. Kindred, the Chapter 7 Trustee, the sum of $26,142.00 (Twenty Six Thousand, One Hundred Forty-Two Dollars and No Cents) to purchase this asset.

9. In exchange for $26,142.00 paid to the Estate, Klinette H. Kindred will grant, convey, assign and transfer all her rights, titled and interest in the promissory note to 9141, LLC. If the original of the note is found, it will be delivered to 1941, LLC.

10. The Trustee has entered into an Agreement, the terms of which reflect the agreement between the parties (executed copy attached as Exhibit "1")

11. The sale is subject to Bankruptcy Court approval.

12. In the Trustee's opinion and business judgment, this sale is in the best interest of the creditors and the estate.

WHEREFORE, the Trustee prays for entry of an Order of this Court approving the Sale of this Asset to Dale Weed pursuant to the terms of the executed Agreement, and for such other and further relief as the Court deems appropriate.

October 7, 2011                                                    Respectfully submitted,

                                                    Klinette H. Kindred
                                                    Chapter 7 Trustee

                                                    By Counsel

/s/ Madeline A. Trainor
Madeline A. Trainor, Esq. (VSB #18531)
CYRON & MILLER, LLP
100 N. Pitt St., Suite 200
Alexandria, VA 22314
Phone: 703-299-0600
Fax: 703-299-0603
mtrainor@cyronmiller.com
Counsel for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, a true copy of the foregoing Motion was served by email or first class mail to all creditors and other parties in interest as maintained on the service list attached hereto.

/s/ Madeline A. Trainor
Madeline A. Trainor, Esq. (VSB #18531)