## AGREEMENT

This Agreement is made this 6th day of October, 2011, by and between the 1941, LLC, party in the first part, and Klinette H. Kindred, Chapter 7 Trustee (U.S. Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, Case No. 09-13376-BFK) of the Estate of Garrett B. Hollman, party in the second part.

WHEREAS 1941, LLC is indebted to Garrett Hollman by virtue of having executed a promissory note in favor of Garrett Hollman, in the amount of $486,200.00, with interest at a yearly interest rate of 3.5%; and

WHEREAS the outstanding unpaid balance of the note was due not later than June 7, 2011; and

WHEREAS Garrett Hollman having filed bankruptcy in Alexandria, Virginia and Klinette H. Kindred is the Chapter 7 Trustee for Garrett Hollman, Debtor, and has succeeded by operation of law as owner of Garrett Hollman's non-exempt assets; and

WHEREAS the assets of Garrett Hollman have been put up for bid by the Chapter 7 Trustee, Klinette H. Kindred;

NOW THEREFORE subject to approval and order of the U.S. Bankruptcy Court, for good and valuable consideration and the purchase price of Twenty Six Thousand, One Hundred Forty-Two Dollars ($26,142.00), the receipt and sufficiency of which is hereby acknowledged, Klinette H. Kindred, as Chapter 7 Trustee for Garrett Hollman, hereby grants, conveys, assigns, and transfers all of her rights, title and interest in the above-reference promissory note to 1941, LLC. The parties acknowledge that the original of this note has been misplaced or lost and that if and when found it will be delivered to 1941, LLC and further, that no other party has any interest, ownership or otherwise, excepting the party of the second part, in said promissory note.

EXHIBIT
1

_____   _____
Dale Weed                    Witness Priscilla Day

_____   _____
Klinette H. Kindred          Witness Nancy Ashmore
Chapter 7 Trustee for the Estate of
Garrett Hollman


The Commonwealth of Virginia City/~~County~~ of Alexandria to wit:

The foregoing instrument was subscribed, sworn to, and acknowledged before me, a Notary Public in and for the Commonwealth of Virginia this 5 day of October, 2010, by: Dale Weed and Klinette H. Kindred.

_____
Notary Public  186343

My commission expires: 6-30-2012